[No. 14253-8-II.   Division Two.   October 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. SELF EDWARD JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00101-6, James D. Ladley, J., entered September 7, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[No. 27010-9-I.   Division One.   October 7, 1991.]

*In the Matter of the Marriage of* KIRBY L. QUALLS, *Respondent, and* LORENE D. QUALLS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79-3-02842-1, Edward Heavey, J., entered August 31, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse, C.J., and Baker, J.

[No. 27156-3-I.   Division One.   October 7, 1991.]

*In the Matter of the Personal Restraint of* DONALD DOWNS, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 25921-1-I.   Division One.   October 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BRANDON RHODE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-04807-4, Donald D. Haley, J., entered April 9, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker and Agid, JJ. Now published at 63 Wn. App. 630.